In the Matter of ALMA M. FABRICIUS, Appellant, against ERNEST E. COLE, as Commissioner of Education of the State of New York, et al., Respondents.

Argued February 24, 1941; decided March 4, 1941.

*William C. Chanler, Corporation Counsel (Stanley Buchsbaum of counsel), for motion.*

*Alma M. Fabricius,* in person, opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.